IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD SMATHERS,<br><br>      Plaintiff,<br><br>      v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>      Defendant. | Civil Action No. 2:22-cv-01410<br><br>Judge David S. Cercone<br><br>ECF No. 39 |

## ORDER OF COURT

AND NOW, this 4th day of December, 2023, the court having resolved all remaining claims in the case on this date, IT IS ORDERED that final judgment pursuant to Rule 58 is entered in favor of defendant and against plaintiff on all claims in the case. The Clerk of Court shall mark the case closed.

                                            s/David Stewart Cercone
                                            David Stewart Cercone
                                            Senior United States District Judge

cc:    counsel of record

       (*Via CM/ECF Electronic Mail*)